# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE OMAHA CONSTRUCTION INDUSTRY PENSION PLAN,** <br><br>   **Plaintiff/Counter Defendant,** <br><br>vs. <br><br>**MCGILL RESTORATION, INC.,** <br><br>   **Defendant/Counter-Claimant.** | **8:18CV366** <br><br> **SECOND AMENDED CASE PROGRESSION ORDER** |

This matter comes before the Court on the parties' Joint Motion to Extend Deadlines in Progression Order ([Filing No. 43](#)). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that Joint Motion to Extend Deadlines in Progression Order ([Filing No. 43](#)) is granted, and that the case progression order is amended as follows:

1) The deposition deadline is **March 13, 2020**.

2) The status conference scheduled for February 7, 2020 is cancelled. A status conference to dispositive motions, the pretrial conference and trial dates, and settlement status will be held with the undersigned magistrate judge on **March 16, 2020,** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

3) The deadline for filing motions to dismiss and motions for summary judgment is **April 30, 2020**.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **April 30, 2020**.

5) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

6) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 31st day of January, 2020.

                BY THE COURT:

                s/Michael D. Nelson
                United States Magistrate Judge